Ben CUTLER, Dan Terry, Ralph Flanagan, Marty Levitt, Vic Ash, Claude Garreau (d/b/a Allen Merritt) and Angie Bond et al., Plaintiffs-Appellants,

v.

AMERICAN FEDERATION OF MUSICIANS OF the UNITED STATES AND CANADA and Associated Musicians of Greater New York Local 802, Defendants-Appellees.

No. 27, Docket 29272.

United States Court of Appeals Second Circuit.

Argued Sept. 29, 1966.

Decided Oct. 3, 1966.

Kalman I. Nulman, New York City (Godfrey P. Schmidt, New York City, on the brief), for plaintiffs-appellants.

Emanuel Dannett, New York City (McGoldrick, Dannett, Horowitz & Golub, Ashe & Rifkin, New York City, Henry Kaiser, Washington, D. C., Jerome H. Adler, David I. Ashe, New York City, George Kaufmann, Washington, D. C., and Eugene Mittelman, New York City, on the brief), for defendants-appellees.

Before LUMBARD, Chief Judge, and FRIENDLY and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm the order of the District Court for the Southern District of New York, which denied plaintiffs' application for payment of counsel fees of approximately $400,000 by the defendant unions, substantially for the reasons set forth in Judge Levet's opinion, reported at 231 F.Supp. 845.

BRIDGE CORPORATION OF AMERICA, Appellant,

v.

The AMERICAN CONTRACT BRIDGE LEAGUE, INC., et al., Appellees.

No. 20756.

United States Court of Appeals Ninth Circuit.

Oct. 12, 1966.

Fred Flam, Richard T. Drukker, Wm. G. Tucker, Chase, Rotchford, Downen & Drukker, Los Angeles, Cal., for appellant.

Julian O. von Kalinowski, Paul G. Bower, Gibson, Dunn & Crutcher, Los Angeles, Cal., for appellees.

Before CHAMBERS and BARNES, Circuit Judges, and POWELL, District Judge.

PER CURIAM.

We conclude the allegations of the first two causes of action in plaintiff's amended complaint are sufficient to describe interstate commerce of a type not necessarily exempted from the thrust of federal and state antitrust statutes; and that the third cause of action does not contain allegations on its face which preclude plaintiff from raising issues of fact with respect thereto.

The dismissal of the three causes of action is reversed and the matter remanded for further proceedings consistent with this order.